**B1040 (FORM 1040) (12/15)**

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>Carolyn A. Dye, Chapter 7 Trustee | **DEFENDANTS**<br>BRITTANY REESER, an individual, BROOKE E. BARNES, an individual, LOGAN LOUIS BARNES, an individual, |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>James A. Dumas, Jr. & Christian T. Kim<br>DUMAS & KIM, APC<br>915 Wilshire Boulevard, Suite 1775 Los Angeles, California 90017<br>Phone: 213/368-5000  Fax: 213/368-5009 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☐ Debtor      ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☐ Other<br>☒ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor      ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☒ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint to Avoid and Recover Fraudulent Transfers

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☒ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $  According to Proof |

Other Relief Sought

**B1040 (FORM 1040) (12/15)**

| **BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES** |||||
|---|---|---|---|---|
| NAME OF DEBTOR<br>Bradley Edward Barnes, Allison Platz Barnes | | BANKRUPTCY CASE NO.<br>2:19-bk-24787-RK |||
| DISTRICT IN WHICH CASE IS PENDING<br>Central | | DIVISION OFFICE<br>Los Angeles | | NAME OF JUDGE<br>Hon. Robert N. Kwan |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** |||||
| PLAINTIFF | DEFENDANT | | | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | | DIVISION OFFICE | | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>*Christian T. Kim* |||||
| DATE<br>2/22/2022 | | | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Christian T. Kim ||

# INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

James A. Dumas, Jr. (SBN 76284)
Christian T. Kim (SBN 231017)
DUMAS & KIM, APC
915 Wilshire Boulevard, Suite 1775
Los Angeles, California 90017
Phone:   213-368-5000
Fax:       213-368-5009

Attorneys for Plaintiff and Chapter 7 Trustee,
Carolyn A. Dye

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>BRADLEY EDWARD BARNES, ALLISON PLATZ BARNES,<br><br>Debtors.<br>_____<br><br>CAROLYN A. DYE, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>BRITTANY REESER, an individual, BROOKE E. BARNES, an individual, LOGAN LOUIS BARNES, an individual,<br><br>    Defendants. | Case No.: 2:19-bk-24787-RK<br><br>[Chapter 7]<br><br>[Honorable Robert N. Kwan]<br><br>Adversary No.:<br><br>**COMPLAINT TO AVOID AND RECOVER FRAUDULENT TRANSFERS** |

   COMES NOW, Plaintiff, Carolyn A. Dye, ("<u>Trustee</u>" or "<u>Plaintiff</u>") the Chapter 7 trustee for the estate of Bradley Barnes and Allison Barnes, as and for her complaint herein, alleges as follows:

**I.    THE PARTIES AND JURISDICTION**

   1.    This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§

1

1334 and 157, and this is a core proceeding under 28 U.S.C. §§ 157(b)(1), 157(b)(2)(A), and 157(b)(2)(H). In the event this proceeding is determined to include non-core claims for relief, the Plaintiffs consent to the entry of a final order or judgment by the Bankruptcy Court as to any such claims. Venue in the Central District of California, Los Angeles Division (the "Bankruptcy Court"), is proper pursuant to 28 U.S.C. § 1409 in that this adversary proceeding is related to the bankruptcy case of In re Bradley Edward Barnes, Allison Platz Barnes., bearing case number 2:19-bk-24787-RK, presently pending under Chapter 7 of Title 11 of the United States Code in the Bankruptcy Court ("Bankruptcy Case"). This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 1334 and 157 because this is a civil proceeding arising in and/or related to the pending Bankruptcy Case.

2. The debtors, Bradley Edward Barnes and Allison Platz Barnes (collectively the "Debtors") filed a voluntary Chapter 7 petition on December 19, 2019. (the "Petition Date")

3. Plaintiff, Carolyn A. Dye, was duly appointed as the Chapter 7 trustee in the Bankruptcy Case on or about the Petition Date.

4. Plaintiff is informed and believes and thereon alleges, that Defendant, Brittany Reeser, ("Brittany") is an individual residing in the Central District of California, the daughter of the Debtors, and subject to the jurisdiction of the Bankruptcy Court.

5. Plaintiff is informed and believes and thereon alleges, that Defendant, Brooke E. Barnes, ("Brooke") is an individual residing in the Central District of California, the daughter of the Debtors, and subject to the jurisdiction of the Bankruptcy Court.

6. Plaintiff is informed and believes and thereon alleges, that Defendant, Logan Louis Barnes, ("Logan") is an individual residing in the Central District of California, the daughter of the Debtors, and subject to the jurisdiction of the Bankruptcy Court.

**II.    ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF**

7. Plaintiff refers to the allegations set forth in paragraph 1 through 6 hereof and incorporate said allegations herein as if fully set forth hereat.

8. BABBB, LLC is a California limited liability company registered and organized in

1   2002 ("BABBB")

2   9. Plaintiff is informed and believes and thereon alleges that, at all times relevant herein,
3   BABBB was and is a limited liability company wholly owned and operated by the Debtors since
4   2002. (A true and correct copy of a Statement of Information filed on May 11, 2020, for BABBB is
5   attached hereto as **Exhibit "A"** and incorporated herein by this reference.)

6   10. On or about November 18, 2004, the Debtors transferred a 1/3 tenant-in-common
7   interest in the real property commonly known as 822 Sylvanoak Drive in Glendale, California 91206
8   (APN: 5661-001-025) ("Property") to BABBB. (A true and correct copy of the 2004 grant deed is
9   attached hereto as **Exhibit "B"** and incorporated herein by this reference.)

10  11. On or about January 27, 2017, BABBB transferred its 1/3 interest in the Property to
11  Brittany, Brooke and Logan (collectively the "Defendants) for no consideration. (the "Fraudulent
12  Transfers") (A true and correct copy of the January 27, 2017 grant deed is attached hereto as **Exhibit**
13  **"C"** and incorporation herein by this reference.)

14  12. Plaintiff is informed and believes and thereon alleges that, in or around January of
15  2017, the Debtors were liable for tax debts exceeding $600,000, had multiple judgments against them
16  including a judgment of approximately $4.6M, and was the subject of pending litigation with
17  damages sought in many millions of dollars.

18  13. The Debtors commenced the Bankruptcy Case less than two years after the Fraudulent
19  Transfers.

20  14. On July 23, 2020, the Internal Revenue Service ("IRS") filed a proof of claim in the
21  Debtor's bankruptcy, claim no. 2-1, seeking repayment of $456,038 in tax debt from the Debtors for
22  unpaid taxes for the tax years 2008-2010 and 2017-2018. ("IRS Proof of Claim") Plaintiff, as
23  Chapter 7 trustee, may exercise all of the rights and remedies available to a qualifying creditor of the
24  Debtors pursuant to 11 U.S.C. § 544(b), including the IRS. The IRS may recover a fraudulent transfer
25  of a taxpayer for ten years after the date of assessment. Mukamal v. Citibank N.A. (In re Kipnis), 555
26  B.R. 877, 881 (Bankr. S.D. Fla. 2016); 26 U.S.C. § 6901(a); 26 U.S.C. § 6502(a)(1). Plaintiff may
27  stand in the shoes of the IRS to recover fraudulent transfers.

28

**FIRST CLAIM FOR RELIEF**

**(For Avoidance of Constructive Fraudulent Transfers Under 11 U.S.C. §§ 544(b) and California Civil Code §§ 3439.05 and 3439.07-09)**

**(Against All Defendants)**

15. Plaintiff refers to the allegations set forth in paragraph 1 through 14 hereof and incorporates said allegations herein as if fully set forth hereat.

16. Within ten years prior to the Petition Date, BABBB and Debtors caused the Fraudulent Transfers without receiving a reasonably equivalent value in exchange for the transfers.

17. The Debtors and BABBB were insolvent on the dates of the Fraudulent Transfers were made or became insolvent as a result of the Fraudulent Transfers.

18. Plaintiff is informed and believes and thereon alleges that Defendants did not take possession of the Fraudulent Transfers in good faith and for reasonably equivalent value and Defendants took possession of the Property with knowledge of the voidability of the Fraudulent Transfers. Therefore, the Fraudulent Transfers are avoidable under 11 U.S.C. § 544(b), and California Civil Code sections 3439.05 and 3439.07-09, and Plaintiff is entitled to a judgment against Defendants for the Fraudulent Transfers avoiding the Fraudulent Transfers or in an amount no less than the fair market value of the fraudulently transferred interest in the Property, plus interest to be determined at trial.

**SECOND CLAIM FOR RELIEF**

**(For Avoidance of Constructive Fraudulent Transfers Under 11 U.S.C. § 544(b) and California Civil Code §§ 3439.04(a)(2)(A) and 3439.07-09)**

**(Against All Defendants)**

19. Plaintiff refers to the allegations set forth in paragraph 1 through 18 hereof and incorporates said allegations herein as if fully set forth hereat.

20. Within ten years prior to the Petition Date, BABBB and Debtors caused the Fraudulent Transfers without receiving a reasonably equivalent value in exchange for the transfers.

21. At the time of the Fraudulent Transfers, the Debtors and BABBB engaged in or was

about to be engaged in a business or transaction for which the remaining assets of were unreasonably small in relation to the business or transaction.

22. Plaintiff is informed and believes and thereon alleges that Defendants did not take possession of the Fraudulent Transfers in good faith and for reasonably equivalent value and Defendants took possession of the Property with knowledge of the voidability of the Fraudulent Transfers. Therefore, the Fraudulent Transfers are avoidable under 11 U.S.C. § 544(b), and California Civil Code sections 3439.05 and 3439.07-09, and Plaintiff is entitled to a judgment against Defendants for the Fraudulent Transfers avoiding the Fraudulent Transfers or in an amount no less than the fair market value of the fraudulently transferred interest in the Property, plus interest to be determined at trial.

### THIRD CLAIM FOR RELIEF
### (For Avoidance of Constructive Fraudulent Transfers Under 11 U.S.C. § 544(b), and California Civil Code §§ 3439.04(a)(2)(B) and 3439.07-09)
### (Against All Defendants)

23. Plaintiff refers to the allegations set forth in paragraph 1 through 22 hereof and incorporates said allegations herein as if fully set forth hereat

24. Within ten years prior to the Petition Date, BABBB and Debtors caused the Fraudulent Transfers without receiving a reasonably equivalent value in exchange for the transfers.

25. The Debtors and BABBB, intended to incur, or believed or reasonably should have believed that Debtors and BABBB would incur, debts beyond the Debtors' and BABBB's ability to pay as they became due.

26. Plaintiff is informed and believes and thereon alleges that Defendants did not take possession of the Fraudulent Transfers in good faith and for reasonably equivalent value and Defendants took possession of the Property with knowledge of the voidability of the Fraudulent Transfers. Therefore, the Fraudulent Transfers are avoidable under 11 U.S.C. § 544(b), and California Civil Code sections 3439.05 and 3439.07-09, and Plaintiff is entitled to a judgment against Defendants for the Fraudulent Transfers avoiding the Fraudulent Transfers or in an amount no less

than the fair market value of the fraudulently transferred interest in the Property, plus interest to be determined at trial.

## FOURTH CLAIM FOR RELIEF

### (For Avoidance of Actual Fraudulent Transfers Under 11 U.S.C. § 544(b) and California Civil Code §§ 3439.04(a)(1) and 3439.07-09)

### (Against All Defendants)

27. Plaintiff refers to the allegations set forth in paragraph 1 through 26 hereof and incorporates said allegations herein as if fully set forth hereat.

28. Within ten years prior to the Petition Date, the Debtors and BABBB caused the Fraudulent Transfer to Defendants with the actual intent to hinder, delay or defraud creditors of the Debtors.

29. Plaintiff is informed and believes and thereon alleges that Defendants did not take possession of the Fraudulent Transfers in good faith and for reasonably equivalent value and Defendants took possession of the Property with knowledge of the voidability of the Fraudulent Transfers. Therefore, the Fraudulent Transfers are avoidable under 11 U.S.C. § 544(b), and California Civil Code sections 3439.05 and 3439.07-09, and Plaintiff is entitled to a judgment against Defendants for the Fraudulent Transfers avoiding the Fraudulent Transfers or in an amount no less than the fair market value of the fraudulently transferred interest in the Property, plus interest and punitive damages to be determined at trial.

## FIFTH CLAIM FOR RELIEF

### (For Preservation of Avoided Transfer Under 11 U.S.C. § 551 Against All Defendants)

30. Plaintiff refers to the allegations set forth in paragraph 1 through 29 hereof and incorporates said allegations herein as if fully set forth hereat.

31. To the extent that the Fraudulent Transfers are avoided pursuant to 11 U.S.C. § 544 Plaintiff is entitled to have the Fraudulent Transfers preserved for the benefit of the estate pursuant to 11 U.S.C. §551.

### III. PRAYER

**WHEREFORE**, Plaintiff prays for judgment as follows:

**ON THE FIRST CLAIM FOR RELIEF:**

1. For a judgment avoiding and recovering the Fraudulent Transfers or a judgment for the value of the fraudulently transferred property interest, plus monetary interest.

**ON THE SECOND CLAIM FOR RELIEF:**

2. For a judgment avoiding and recovering the Fraudulent Transfers or a judgment for the value of the fraudulently transferred property interest, plus monetary interest.

**ON THE THIRD CLAIM FOR RELIEF**

3. For a judgment avoiding and recovering the Fraudulent Transfers or a judgment for the value of the fraudulently transferred property interest, plus monetary interest.

**ON THE FOURTH CLAIM FOR RELIEF**

4. For a judgment avoiding and recovering the Fraudulent Transfers or a judgment for the value of the fraudulently transferred property interest, plus monetary interest and punitive damages.

**ON THE FIFTH CLAIM FOR RELIEF**

5. Preservation of the avoided Fraudulent Transfers for the benefit of the Debtors' bankruptcy estate pursuant to 11 U.S.C. §551.

**ALL CLAIMS FOR RELIEF**

6. For prejudgment interest;

7. For costs of suit; and

8. For such other relief as the Court deems just and proper.

Dated: February 22, 2022            DUMAS & KIM, APC

By: */s/ Christian T. Kim*
    Christian T. Kim,
    Attorneys for Plaintiff and Chapter 7 trustee,
    Carolyn A. Dye



**Secretary of State
Statement of Information**
(Limited Liability Company)

LLC-12

71

20-308649

**FILED**
Secretary of State
State of California

MAY 11 2020

*Above Space For Office Use Only*

**IMPORTANT** — This form can be filed online at *bizfile.sos.ca.gov.*
Read instructions **before completing this form.**
**Filing Fee – $20.00**
**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

**BABBB, LLC**

**2. 12-Digit Secretary of State Entity (File) Number:** 202250100021

**3. State, Foreign Country or Place of Organization** (only if formed outside of California)

**4. Business Addresses**

| | | | |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box: 1312 Loreto Drive | City: Glendale | State: CA | Zip Code: 91207 |
| b. Mailing Address of LLC, if different than item 4a | City | State | Zip Code |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box | City | State: CA | Zip Code |

**5. Manager(s) or Member(s)**
If no managers have been appointed or elected, provide the name and address of each member. At least one name and address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and address(es) on *Form LLC-12A*.

| a. First Name: Brad | Middle Name | Last Name: Barnes | Suffix |
|---|---|---|---|
| b. Entity Name | | | |
| c. Address: 1312 Loreto Drive | City: Glendale | State: CA | Zip Code: 91207 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name: Brad | Middle Name | Last Name: Barnes | Suffix |
|---|---|---|---|
| b. Street Address: 1312 Loreto Drive | City: Glendale | State: CA | Zip Code: 91207 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**
Describe the type of business or services of the Limited Liability Company
**Investments**

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| b. Address | City | State | Zip Code |

**9.** By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| 04/27/2020 | Brad Barnes | Manager | /s/ |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

LLC-12 (REV 08/2019)  2019 California Secretary of State
bizfile.sos.ca.gov

▲ **This page is part of your document - DO NOT DISCARD** ▲

**04 2996613**

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA

**8:01 AM NOV 18 2004**

**TITLE(S):** _GtDd_

▲  ▲

L E A D   S H E E T

| FEE | | D.T.T | |
|---|---|---|---|
| FEE $7 P | | | NOTIFICATION SENT-$4 |
| CODE 20 | | | |
| CODE 19 | | | |
| CODE 9 | | | |

**Assessor's Identification Number (AIN)**
To be completed by Examiner OR Title Company in black ink.          Number of AIN's Shown

5661 - 001 - 025                                                    001

▲ THIS FORM NOT TO BE DUPLICATED ▲

**RECORDING REQUESTED BY**

BABBB, LLC

AND WHEN RECORDED MAIL THIS DEED AND, UNLESS OTHERWISE SHOWN BELOW. MAIL TAX STATEMENT TO:

**NAME** BABBB, LLC
**STREET** 1312 Loreto Drive
**ADDRESS** Glendale, CA 91207
**CITY, STATE**

Title Order No.        Escrow No.

04 2996613

This space for Recorder's use

# Grant Deed

THE UNDERSIGNED GRANTOR(s) DECLARE(s)
DOCUMENTARY TRANSFER TAX is $ __0__

☐ _____ unincorporated area    ☒ City of Glendale

Parcel No. 5661-001-025

☐ computed on full value of interest or property conveyed, or

☐ computed on full value less value of liens or encumbrances remaining at time of sale, and

> The grantors and the grantees in this conveyance are comprised of the same parties who continue to hold the same proportionate interest in the property. R&T 11923(d)

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **BRADLEY E. BARNES and ALLISON P. BARNES**, husband and wife, hereby GRANT to **BABBB, LLC** all of their 1/3 tenant-in-common interest in and to the following described real property in the City of Glendale, County of Los Angeles, State of California:

Lot 45 of Tract No. 14384 in the City of Glendale, County of Los Angeles, State of California, as per map recorded in Book 290, Pages 41 to 43 inclusive of Maps, in the office of the County Recorder of said county.

Commonly known as 822 Sylvanoak Drive, Glendale, California 91206-2642

(This is a transfer between individuals and a legal entity, which results solely in a change of a method of holding title to the real property and in which proportional ownership interest of the transferors and transferees remain the same after the transfer. R&T Section 62(a)(2).)

Dated __10.7.2004__

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )

On __October 7 2004__ before me, __Jackie Najjarian__, a Notary Public in and for said County and State, personally appeared **BRADLEY E. BARNES** and **ALLISON P. BARNES**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.
Signature: __Jackie Najjarian__

Bradley E. Barnes

Allison P. Barnes

JACKIE NAJJARIAN
Commission # 1283297
Notary Public - California
Los Angeles County
My Comm. Expires Nov 11, 2004

FOR NOTARY SEAL OR STAMP

**MAIL TAX STATEMENTS TO PARTY SHOWN ON FOLLOWING LINE; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE**
Name_____ Street Address_____ City & State_____

**This page is part of your document - DO NOT DISCARD**

# 20170112810



Pages:
0003

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**01/27/17 AT 08:43AM**

|  |  |
|---|---|
| FEES: | 25.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 25.00 |



**L E A D S H E E T**



201701270710002

00013292599



008109508

**SEQ:
01**

DAR - Counter (Upfront Scan)



**THIS FORM IS NOT TO BE DUPLICATED**

E220504

WHEN RECORDED MAIL TO:
**Brittany Reeser, Brooke Barnes
And Logan Louis Barnes**
1155 North Central Avenue, Suite 209
Glendale, California 91202

MAIL TAX STATEMENTS TO:

1155 North Central Avenue, Suite 209
Glendale, California 91202

SPACE ABOVE THIS LINE FOR RECORDER'S USE

The undersigned grantor(s) declare(s):
DOCUMENTARY TRANSFER TAX IS $ _NONE_
___ Computed on full value of property conveyed, OR
___ Computed on the consideration of value less liens and/or encumbrances remaining at time of sale.

Signature of Declarant of Agent determining Tax-Firm Name
**This conveyance changes the manner in which title is held, grantor(s) and grantee(s) remain the same and continue to hold the same proportionate interest, R & T 11911."**

# Grant Deed

**FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,**

**BABBB, LLC, A California Limited Liability Company as to an undivided 1/3 interest**

hereby GRANT(S) to **Brittany Reeser, Brooke E. Barnes and Logan Louis Barnes as tenants in common, as to an undivided 1/3 interest in**

the real property in the City of **Glendale**
County of **Los Angeles**, State of California, described as
Lots 45, as shown on that certain Map entitled Tract No. 14384, which Map was filed in the Office of the Recorder of the County of Los Angeles, State of California in Book 290 of Maps Page(s) 41 to 43.

ALSO KNOWN AS: 822 Sylvanoak Drive, Glendale, California 91206
A.P. # 5661-001-025

Document Date: January 22, 2015

BABBB, LLC
_____
Bradley E. Barnes, its manager

STATE OF CALIFORNIA } SS
COUNTY OF Los Angeles }
On January 25, 2017 before me,
Joe Kennedy NOTARY PUBLIC
personally appeared
Bradley E. Barnes
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose names(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.
Signature _Joe K_____

JOE KENNEDY
Commission # 2112158
Notary Public - California
Los Angeles County
My Comm. Expires Jun 14, 2019

(This area for official notarial seal)

MAIL TAX STATEMENTS AS DIRECTED ABOVE

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

STATE OF CALIFORNIA

COUNTY OF Los Angeles } SS

On 01-22-2015, Before Me __Joe Kennedy__, Notary Public

(Insert Name of Notary Public and Title)

Personally appeared __Bradley E. Barnes__ who proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____ (NOTARY SEAL)
Notary Signature

JOE KENNEDY
Commission # 2112158
Notary Public - California
Los Angeles County
My Comm. Expires Jun 14, 2019

re: APN # 5661-001-025